USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLENE RICHTER,

Plaintiff,

-against-

EVERLAST WORLDWIDE INC., FRASERS GROUP, PLC, CHRISTOPHER COOKE, ABC CORPORATIONS 1-10 and JOHN DOES 1-10,

Defendants.

25 Civ. 9827 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendants Christopher Cooke and Everlast Worldwide, Inc., move for an extension of discovery in this action. *See* ECF No. 50. By **August 7, 2026**, Plaintiff shall respond. If Plaintiff does not respond, the Court intends to grant the motion.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ANALISA TORRES
United States District Judge