USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/2026

September 11, 2026

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Richter v. Everlast Worldwide, Inc. et al.,* Case No. 1:25-cv-09827-AT

Dear Judge Torres:

We write jointly on behalf of Plaintiff Charlene Richter and Defendants Everlast Worldwide, Inc. and Christoper Cooke to respectfully request a stay of all case deadlines until November 30, 2026, so that the parties can dedicate their full efforts to preparing for private mediation.

The parties have agreed to participate in private mediation, which will be held on November 25, 2026, as that was the earliest date available with the mediator jointly selected by the parties. Staying the case during the mediation period will conserve the resources of the Court and the parties by avoiding discovery and motion practice that may prove unnecessary if settlement is reached. No party will be prejudiced by the requested stay, as it is brief in duration, all parties consent, and the case remains in its early stages.

The parties will promptly advise the Court of the outcome of the mediation and, if necessary, propose a schedule for further proceedings.

GRANTED. All case deadlines are STAYED until November 30, 2026. By **November 30, 2026**, the parties shall jointly file a status update advising the Court of the outcome of mediation and, if necessary, proposing a schedule for further proceedings.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ANALISA TORRES
United States District Judge